UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Harry Siers,<br><br>             Plaintiff,<br>v.<br><br>Enhanced Recovery Company, LLC; and DOES 1-10, inclusive,<br><br>             Defendant. | Civil Action No.:  1:13-cv-02948-JBS-KMW |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of voluntary dismissal pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: August 15, 2013

                                            Respectfully submitted,

                                            By: /s/ Sofia Balile

                                            Sofia Balile, Esq.
                                            Lemberg & Associates LLC
                                            1100 Summer Street
                                            Stamford, CT 06905
                                            Phone: (917) 981-0849
                                            Fax:    (203) 653-3424

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 15, 2013, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of New Jersey Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                   By  /s/ Sofia Balile_____

                                      Sofia Balile