## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

_____

|  |  |  |
|---|---|---|
| Harry Siers, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.:  1:13-cv-02948-JBS-KMW |
| v. | : | |
| | : | |
| Enhanced Recovery Company, LLC; and | : | |
| DOES 1-10, inclusive, | : | |
| | : | |
| Defendant. | : | |
| | : | |

_____
:

### JOINT STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Enhanced Recovery Company, LLC and Does 1-10, inclusive, and request the Court to enter an Order Dismissing this case, with prejudice, with each party to bear his or its own respective costs.

Harry Siers                                      Enhanced Recovery Company, LLC


____/s/ Sofia Balile_____          ___/s Laura A. Laughlin_____

Sofia Balile, Esq.                               Laura A. Laughlin, Esq.
NJ Bar No. 01093                              Smith, Gambrell & Russell, LLP
LEMBERG & ASSOCIATES             250 Park Avenue, Suite 1900
1100 Summer Street, 3rd Floor           New York, NY 10177
Stamford, CT  06905                          (212) 907-9700
(203) 653-2250                                  Attorneys for Defendants
Attorney for Plaintiff

_____

SO ORDERED

## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on August 29, 2013, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of New Jersey Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sofia Balile_____

Sofia Balile
