IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HARRY SIERS,<br><br>                          Plaintiff,<br>v.<br><br>Enhanced Recovery Company, LLC; and<br>DOES 1-10, inclusive,<br><br>                          Defendants. | Civil Action No.: 13-2948 (JBS-KMW)<br><br>**JOINT STIPULATION OF DISMISSAL** |

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Enhanced Recovery Company, LLC and Does 1-10, inclusive, and request the Court to enter an Order Dismissing this case, with prejudice, with each party to bear his or its own respective costs.

Harry Siers

   /s/ Sofia Balile
Sofia Balile, Esq.
NJ Bar No. 01093
LEMBERG & ASSOCIATES
1100 Summer Street, 3rd Floor
Stamford, CT  06905
 653-2250
Attorney for Plaintiff

Enhanced Recovery Company, LLC

/s/ Laura A. Laughlin
Laura A. Laughlin, Esq.
Smith, Gambrell & Russell, LLP
250 Park Avenue, Suite 1900
New York, NY 10177
(212) 907-9700
Attorneys for Defendants

So Ordered this   3rd   day of   September  , 2013

_____
Jerome B. Simandle, Chief U.S. District Judge